# United States Court of Appeals for the Federal Circuit

---

**IN RE: JUSTIN SAMUELS, SAMUEL ROCKWELL,**
*Appellants*

---

2021-2166

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/168,768.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court